UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON WILLIAMS,<br><br>                       Plaintiff,<br><br>-against-<br><br>OTIS BANTUM CORRECTIONAL FACILITY, ET AL.,<br><br>                      Defendants. | 24 CIVIL 9647 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 20, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 21, 2025
            New York, New York

                                                                           /s/ Laura Taylor Swain
                                                                         LAURA TAYLOR SWAIN
                                                                 Chief United States District Judge